**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DE ANTOINE WARREN

       Plaintiff,

  v.                                     Case No: 1:16-cv-04706
                                          Hon. John Z. Lee
MEIJER,                                 Magistrate Judge Sheila M. Finnegan

       Defendant.

_____/

## **DEFENDANT MEIJER'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THIS PROCEEDING**

Defendant, Meijer, by and through its attorneys, moves this Court to compel arbitration and to dismiss or stay this proceeding pursuant to Federal Rule of Civil Procedure 12(b)(3) and the Federal Arbitration Act ("FAA"), 9 U.S.C. §§3 and 4. In support of its motion, Meijer attaches a supporting memorandum of law and states the following:

1. On April 27, 2016, Plaintiff, De Antoine Warren, ("Warren") filed a Complaint against Meijer alleging that the termination of his employment was discriminatory and because of his race.

2. When Warren was hired by Meijer, he electronically signed documents as part of his orientation including a Dispute Resolution Agreement and Agreement for Final and Binding Arbitration ("Dispute Resolution Agreement") incorporating a Dispute Resolution Policy ("DRP") (collectively referred to as the "Arbitration Agreement"). A copy of the Dispute Resolution Agreement and DRP are attached as Exhibits A-1 and A-2, respectively, to the Declaration of Jennifer Ganz , attached as Exhibit A hereto. A copy of the screen shot evidencing Plaintiff's

agreement to the Arbitration Agreement is attached as Exhibit A-3 to the Declaration of Jennifer Ganz (attached as Exhibit A hereto)

3.   In the Arbitration Agreement, Warren agreed to resolve all "employment-related claims or disputes" to final and binding arbitration. See Exhibit A-1. The DRP to which Warren agreed further states that "claims subject to arbitration include claims for violation of any federal, state or local constitution, statute, ordinance, regulation or rule pertaining to employment and claims of violation of the common law." See Exhibit A-2, Rule 1.

4.   Warren's claim arises from an alleged violation of Title VII and falls squarely within the scope of his Arbitration Agreement. See Amended Complaint, ¶¶44,45; Exhibits A-1 and A-2.

5.   The Arbitration Agreement must be enforced pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §1 *et seq.* *See* Exhibits A-1 and A-2.

6.   Because (i) the parties entered into an enforceable Arbitration Agreement, (ii) Warren's Title VII claim is encompassed by his agreement to arbitrate all claims for violation of any federal statute and all "employment-related claims," and (iii) Warren has filed this lawsuit in court in contravention of his agreement to arbitrate claims, Meijer asks that this Court compel Warren to submit his claim to arbitration and dismiss or stay these proceedings pending arbitration. 9 U.S.C. §§3 and 4; Fed. R. Civ. P. 12(b)(3).

8.   In support of its Motion to Compel Arbitration and Dismiss or Stay This Proceeding, Meijer attaches its Memorandum of Law.

WHEREFORE, Meijer prays that this Court enter the following order:

1.   Grant Meijer's Motion to Compel Arbitration and Dismiss or Stay This Proceeding;

  2. Dismiss this proceeding because all claims will be resolved by arbitration or, in the alternative, stay this judicial proceeding pending the outcome of the arbitration; and

               Respectfully submitted,

               **MEIJER**

               By: /s/ Cathrine F. Wenger
                 Cathrine F. Wenger (P38761)
                 Senior Counsel-Labor & Employment
                  Meijer, Inc.
                  2929 Walker
                  Grand Rapids, MI 49544
                  616-249-6461
                  cathrine.wenger@meijer.com

**Local Counsel:**
Paul Starkman (ARDC # 6188548)
Clark Hill PLC
150 North Michigan, Suite 2700
Chicago, IL 60601
pstarkman@clarkhill.com

3